1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 05-CR-108-1 |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| ENRIQUE JAVIER DOMINGUEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED THAT the sentencing hearing date scheduled for May 29, 2007 at 9:00 a.m. , is now vacated.

IT IS ORDERED THAT defendant shall appear on August 31, 2007 at 8:30 a.m. for sentencing hearing for this matter.

DATED: June 18, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge